```
JEFFREY G. SLOANE, ESQ.                         E-FILED: October 9, 2018
Nevada Bar No. 000784
2520 St. Rose Pkwy, Suite 301
Henderson, Nevada 89074
Telephone: (702) 269-8570
Facsimile: (702) 837-1650
Email: jeff@jsloanelaw.com
Attorneys for Creditor/Movant
AMERICREDIT FINANCIAL SERVICES, INC.,
dba GM FINANCIAL
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 7 |
| ROBERT WAYNE NOKLEY, SR. and KAREN YVONNE NOKLEY, | BK-S-18-15710-leb |
| | Trustee: Lenard E. Schwartzer |
| Debtors | Date: November 13, 2018<br>Time: 1:30 p.m. |

**CERTIFICATE OF SERVICE ON MOTION FOR RELIEF FROM STAY, PROPOSED ORDER AND NOTICE OF HEARING THEREON**

Pursuant to FRCP 5(b) I hereby certify that I am an employee of Jeffrey G. Sloane, Esq., of the Law Offices of Jeffrey G. Sloane, and that on October 9, 2018, I served the above referenced documents in the United States Mail, first class postage prepaid, or by electronic service as indicated, to the following:

ROBERT WAYNE NOKLEY, SR.
6391 TEMPTING CHOICE AVENUE
LAS VEGAS, NV 89131

KAREN YVONNE NOKLEY
6391 TEMPTING CHOICE AVENUE
LAS VEGAS, NV 89131

**ECF SERVICE:**

LENARD E. SCHWARTZER
trustee@s-mlaw.com, lbenson@s-mlaw.com,nv17@ecfcbis.com,les@trustesolutions.net

1  U.S. TRUSTEE - LV - 7
2  USTPRegion17.LV.ECF@usdoj.gov

3     DATED: October 9, 2018.

4
                                          /s/ Kristi Miller
5                                         An Employee of Jeffrey G. Sloane, Esq.