ROBERT W NOKLEY SR

6391 TEMPTING CHOICE AVE

LAS VEGAS, NV 89131

702-757-7774

bobnokley@gmail.com

Debtor

RECEIVED
AND FILED

2018 OCT 12   AM 11 49

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

Case No. BK-18-15710-leb

In The Matter of:

**MOTION FOR EXTEND TIME TO FILE MISSING DOCUMENTS**

ROBERT W. NOKLEY SR.

KAREN Y. NOKLEY

Debtor(s)

The Defendant files this motion without the aide or representation legal aid or attorney. The Defendant apologizes to the Court in advance for the lack of legal style. The Defendant is not a trained in addressing legal matters to the court.

1
2              **APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS**

3

4   I, ROBERT WAYNE NOKLEY am the debtor in this case and submit this application in support of

5   my request to extend the time within which I must file the balance of my schedules. I am fully

6   familiar with my case, and certify as follows:

7   1. I filed for bankruptcy on:  September 24, 2018

8   2. When I filed my petition, I did not file all the documents required to be filed under chapter 7 of

9   the Bankruptcy Code.

10  3. As a result of my failure to file a complete petition, the court issued a *Notice of Missing*

11  *Documents and Notice of Dismissal if Documents Are Not Timely Filed.*

12  4. I have not previously sought to extend the time within which the balance of my schedules must

13  be filed.

14
15          Debtor(s) hereby files a application of extension on the grounds of, that Debtor(s)

16

17          1.Debtor filed pro se.

18          2. Debtors have what is considered a complicated Bankruptcy.

19          3. Debtors will engage a qualified attorney for representation within (7) days.

20          5. Debtors need to retain legal council

21

22          Debtor(s) ask the court for extension of stay in order for the Debtors to secure proper

23  legal council.  Debtors chose to initially file as filed as pro se due. The Debtor realizes the Debtors

24  are not qualified to be self-represented.

25

26          Debtors are serious about completing the Chapter 7 filing properly.

27
28

Respectfully submitted this 11th day of October, 2018 by:

Robert W. Nokley, Sr. Personally
6391 Tempting Choice Ave
Las Vegas, NV 89131
702-757-7774
bobnokley@gmail.com

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct. Dated this 11th day of October, 2018

_____
Robert W Nokley, Sr. Debtor

_____
Karen Y. Nokley Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

Case No. BK-18-15710-leb

In The Matter of:

ROBERT W. NOKLEY SR.
KAREN Y. NOKLEY

Debtor(s)

**ORDER CONCERNING APPLICATION TO EXTEND TIME TO FILE MISSING DOCUMENTS**

The relief set forth on the following page is **ORDERED**.

Case No. BK-18-15710-leb

Chapter 7

Judge:  LAUREL E. BABERO