RAYMOND JEREZA (SBN 11823)
rjereza@aldridgepite.com
EDDIE R. JIMENEZ (SBN 10376)
ejimenez@aldridgepite.com
**ALDRIDGE PITE, LLP**
520 South 4th St., Suite 360
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Mailing Address**:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for *Movant*
The Bank of New York Mellon F/K/A The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>ROBERT WAYNE NOKLEY AKA NOKLEY GROUP LLC and KAREN YVONNE NOKLEY,<br><br>Debtors. | Bankruptcy Case No. 18-15710-leb<br>Chapter 7<br><br>**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2006-B'S NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing:**<br>Date:   November 27, 2018<br>Time:   1:30 P.M.<br>Ctrm:   3 |

TO:   DEBTOR(S): ROBERT WAYNE NOKLEY, SR. and KAREN YVONNE NOKLEY

TO:   ATTORNEY FOR DEBTOR(S): PRO SE

TO:   TRUSTEE: LENARD E SCHWARTZER

TO:   ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from the Automatic Stay ("Motion") was filed on October 26, 2018, by Raymond Jereza, Esq., on behalf of *movant* The Bank

- 1 -    CASE No. 18-15710-leb
**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

of New York Mellon F/K/A The Bank of New York as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B ("Movant") so that Movant may avail itself of applicable state law in foreclosing its security interest in the collateral. The real property is located at: 6391 Tempting Choice Avenue, Las Vegas, Nevada 89131. The motion seeks relief from stay on real property presently in possession of the Debtors herein. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* prior to the hearing on the Motion. If the hearing date has been set on less than 14 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing, and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building 300 Las Vegas Boulevard South Bankruptcy Courtroom Third Floor Las Vegas, Nevada on November 27, 2018 at the hour of 1:30 P.M.

/./././
/./././
/./././
/./././
/./././

**SPECIAL NOTICE**

**In the event the provisions of the <u>Federal Fair Debt Collection Practice Act</u> are deemed applicable hereunder, please note that this communication is an attempt to collect a debt and any information obtained during the pendency hereof will be used for that purpose.**

**Unless you notify this office, in writing, within thirty (30) days after being served herewith, that you dispute the validity of the debt stated herein or any portion thereof, this office will assume that the subject debt is valid. If you notify this office, in writing, within thirty (30) days after being served herewith that you dispute the validity of the debt stated herein or any portion thereof, this office will obtain verification of the debt or obtain a copy of the judgment and mail the same to you. If you so request, in writing, that this office do so within thirty (30) days after being served herewith, this office will provide you with the name and address of the original creditor, if different from the current creditor.**[1]

Respectfully submitted,

**ALDRIDGE PITE, LLP**

Dated: October 26, 2018

_____
RAYMOND JEREZA
Attorneys for *Movant* THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR NATIONSTAR HOME EQUITY LOAN TRUST 2006-B

---

[1] Please take notice that this Motion has been set for hearing and served pursuant to governing <u>Local Rules of Practice</u>.